IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LISA A. BIRON, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | No. 4:14-CV-627-A |
| § | |
| JODY R. UPTON, Warden, § | |
| FMC-Fort Worth, § | |
| § | |
| Respondent. § | |

### ORDER AND NOTICE OF DEFICIENCY

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Upon review of the papers and pleadings filed in the above styled and numbered cause, the following deficiencies appear:

( X )   A $5.00 filing fee has not been paid nor has an application to proceed *in forma pauperis* and certificate of inmate trust account been submitted.

**The clerk of the Court shall take the following indicated action:**

( X )   A copy of this order shall be mailed to petitioner. No further process shall issue except upon order of the Court.

( X )   A form Application to Proceed *In Forma Pauperis* and Certificate of Inmate Trust Account shall be mailed to petitioner for completion and return to the clerk of Court within the time period set forth below.

It is hereby **ORDERED** that petitioner shall cure the aforementioned deficiency within thirty (30) days of the date of this order. Failure to comply with this order will result in dismissal of the petition for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) without further notice.

SIGNED August 7, 2014.

JOHN MCBRYDE
UNITED STATES DISTRICT JUDGE