IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA A. BIRON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 4:14-CV-627-A |
| | § | |
| JODY UPTON, WARDEN, | § | |
| | § | |
| Respondent. | § | |

### FINAL JUDGMENT

Consistent with the memorandum opinion and order signed by the court in the above-captioned action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by petitioner, Lisa A. Biron, be, and is hereby, dismissed without prejudice for failure to exhaust administrative remedies.

SIGNED August 15, 2014.

_____
JOHN MCBRYDE
United States District Judge